UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ROMAIN MOISE,

    Plaintiff,

vs.                                           Case No. 13-cv-61163-RSR

MEDICREDIT, INC.,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant Medicredit, Inc. ("Medicredit") makes this corporate disclosure and identifies the following interested parties:

1. Plaintiff, Romain Moise.

2. Plaintiff's counsel:

    Donald A. Yarbrough, Esq.
    P.O. Box 11842
    Ft. Lauderdale, FL  33339
    Telephone: (954) 537-2000
    Facsimile:  (954) 566-2235
    Email:  don@donyarbrough.com

3. Defendant Medicredit, Inc., a Missouri corporation.  Medicredit is a wholly-owned subsidiary of the Outsource Group, Inc., also a Missouri corporation.  No publicly held corporation owns any of stock of Medicredit or its parent, the Outsource Group, Inc.

5. Medicredit's counsel:

    Elizabeth M. Bohn, Esq.
    JORDEN BURT LLP
    777 Brickell Avenue, Suite 500
    Miami, Florida 33131-2803

        Telephone:  (305) 347-6879
        Facsimile:   (305) 372-9928
        Email: eb@jordenusa.com

Dated: June 19, 2013.

        Respectfully submitted by,

        */s/  Elizabeth M. Bohn*
        Elizabeth M. Bohn, Esq.
        Florida Bar No. 288047
        **Jorden Burt LLP**
        777 Brickell Avenue, Suite 500
        Miami, FL 33131
        Telephone:  (305) 347-6879
        Facsimile:  (305) 372-9928
        Email: eb@jordenusa.com
        *Attorneys for Defendant Medicredit, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties and Rule 7.1 Corporate Disclosure Statement was served on June 19, 2013 by the Court's CM/ECF electronic mail system to those parties registered to receive electronic notices of filings in this case.

        */s/ Elizabeth M. Bohn*
        Elizabeth M. Bohn
        Florida Bar No. 288047

*#209075v2*