UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61163-Civ-Rosenbaum/Hunt

ROMAIN MOISE,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Elizabeth M. Bohn, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Jorden Burt LLP |
| Fort Lauderdale, Florida  33339 | Suite 500 |
| Telephone: 954-537-2000 | 777 Brickell Avenue |
| Facsimile: 954-566-2235 | Miami, FL 33131 |
| | Telephone: 305-347-6879 |
| | Facsimile: 305-372-9928 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Elizabeth M. Bohn |
| Donald A. Yarbrough, Esq. | Elizabeth M. Bohn, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61163-Civ-Rosenbaum/Hunt

ROMAIN MOISE,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Elizabeth M. Bohn, Esq.
Jorden Burt LLP
Suite 500
777 Brickell Avenue
Miami, FL 33131
Telephone: 305-347-6879
Facsimile: 305-372-9928

Via Notices of Electronic Filing generated by CM/ECF