UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61163-CIV-ROSENBAUM/HUNT

ROMAIN MOISE,

    Plaintiff,

v.

MEDICREDIT, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [D.E. 13], The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** this case.

 **DONE AND ORDERED** in the Southern District of Florida this 26th day of August 2013.

                                                      Robin S. Rosenbaum
                                                      United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Elizabeth M. Bohn, Esq., Counsel for Defendant